## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **TERRY L. OLIVER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No.   1:11-cv-390-GZS |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **Of Social Security,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 19) filed June 26, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Decision of the Commissioner is **AFFIRMED**.

                                                                      /s/ George Z. Singal
                                                                      United States District Judge

Dated this 24th day of July, 2012.